or that the failure of the contractor to perform was inadvertent, or that any sum is due the contractor. So far as the findings, particularly sixth to thirteenth findings of fact, otherwise decide, they are not in accordance with the evidence, and the judgment should be reversed, and a new trial granted; costs to abide the final award of costs.

---

In re CROTON FALLS DAM & RESERVOIR. Appeal of JUNGST. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) In the matter of the Croton Falls Dam & Reservoir, one Jungst appeals.

PER CURIAM. Order affirmed, on reargument, with $10 costs and disbursements.

BURR and STAPLETON, JJ., dissent.

---

CROWE, Appellant, v. CROWE, Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Matilda V. Crowe against Eugene F. Crowe.

PER CURIAM. Order reversed, and report of the referee confirmed, with costs, on the ground that the evidence does not show collusion.

JENKS, P. J., and PUTNAM, J., vote to affirm.

---

In re CUNNINGHAM. (Supreme Court, Appellate Division, First Department. November 28, 1913.) In the matter of Daniel Cunningham, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 143 N. Y. Supp. 1112.

---

CURTIN, Appellant, v. HEALY, Respondent. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by John Curtin against Thomas Healy. No opinion. Order unanimously affirmed, with costs.

---

CUSHMAN, Respondent, v. COOK et al., Appellants. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Joseph C. Cushman against George D. Cook and another. R. B. Honeyman, of New York City, for appellants. S. M. Kohn, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 156 App. Div. 938, 141 N. Y. Supp. 1115.

SCOTT, J., dissents.

---

DAHLGREN, Respondent, v. DAHLGREN, Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Lucy D. Dahlgren against Eric B. Dahlgren. J. R. Ely, of New York City, for appellant. W. M. K. Olcott, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

DAMATO et al. v. BUSKIRK et al. (Supreme Court, Appellate Division, Second Department. November 14, 1913.) Action by Gaetano Damato and others against George W. Buskirk and others. No opinion. Motion to dismiss appeal denied, without costs. Motion to open default granted, upon condition that defendants perfect their appeal, place the case on the January calendar, and be ready for argument when reached; otherwise, motion denied, with $10 costs.

---

DAYNARD, Respondent, v. SIXBURY et al. Appellants. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by Almeda E. Daynard against Merton E. Sixbury and Ruth Sixbury, an infant, etc., impleaded, etc.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, P. J., and FOOTE, J., dissent.

---

DEDERICK, Respondent, v. CONOVER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by Annie E. Dederick against Claude A. Conover and Patrick Hart.

PER CURIAM. Order modified, by providing as a condition that the plaintiff within 20 days pay all costs of the action antecedent to the granting of the order permitting the service of an amended complaint, and, as thus modified, affirmed, without costs of this appeal to either party. See United States Drainage & Irrigation Co. v. Lucas, 156 App. Div. 49, 141 N. Y. Supp. 50; Bruns v. Brooklyn Citizen, 98 App. Div. 316, 90 N. Y. Supp. 701.

---

DEKKER, Respondent, v. RICHEY, BROWN & DONALD, Appellants. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Aaltje Dekker, as administratrix, against Richey, Brown & Donald. T. H. Lord, of New York City, for appellants. Henry Leon Slobodin, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $3,500, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice. See, also, 144 N. Y. Supp. 1111.

---

DEKKER v. RICHEY, BROWNE & DONALD. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Aaltje Dekker, as administratrix, against Richey, Browne & Donald. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1111.

---

DE LUCA v. BRADLEY CONTRACTING CO. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Ermongildo De Luca against the Bradley Contracting Company. No opinion. Motion granted. Order filed.